Thomas W. Scherrer, Plaintiff in Error, v. The State, of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for Hillsborough County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, and *J. B. Gaines,* Assistant, for the motion.

---

Arthur Padgett, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Walton County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

B. W. Coddington, Adah L. Coddington and Thomas J. Hills, Appellants, v. McCormack-Hannah Lumber Company, a corporation, Appellee.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for Appellee.

*Jones & Jones,* for Appellants.

*Charles P. Dickinson,* for Appellee.